[No. 68417-5-I.   Division One.   March 10, 2014.]

CHOONG H. LEE, DMD, PLLC, ET AL., *Appellants*, v.
THAHELD/LEE-01, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-2-00750-9, Ira Uhrig, J., entered January 27, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 68663-1-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD HAYDEN,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-01573-6, J. Wesley Saint Clair, J., entered April 19, 2012. *Remanded with instructions* by unpublished per curiam opinion.

[No. 68971-1-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KELSEY MARIE
JOHNSON, *Defendant*, KEITH THOMAS BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09211-7, Mariane C. Spearman, J., entered July 15, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Verellen, J.

[No. 69120-1-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES O. WIGGIN,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01398-0, Richard T. Okrent, J., entered June 12, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Lau, J.